1  **AMBER A. BAYLOR**
   California State Bar No. 248196
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Email: Amber_Baylor@fd.org

5  Attorneys for Mr. Medina-Ceja

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                 **(HONORABLE BARBARA L. MAJOR)**

11  UNITED STATES OF AMERICA,        )   Case No. 07MJ2853-BLM
                                     )
12              Plaintiff,           )
                                     )
13  v.                               )
                                     )   **NOTICE OF APPEARANCE**
14  OCTAVIO MEDINA-CEJA,             )
                                     )
15              Defendant.           )
                                     )
16  _____

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18  Amber A. Baylor, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in

19  the above-captioned case.

20                                      Respectfully submitted,

21

22  Dated:  December 13, 2007          s/  *Amber Baylor*
                                       **AMBER BAYLOR**
23                                     Federal Defenders of San Diego, Inc.
                                       Attorneys for Mr. Medina-Ceja
24                                     Amber_Baylor@fd.org

25

26

27

28

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  December 13, 2007

/s/  Amber Baylor
**AMBER BAYLOR**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
E-mail: Amber_Baylor@fd.org

07MJ2853-BLM