AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |

UNITED STATES OF AMERICA,
   Plaintiff,
 v.

OCTAVIO MEDINA-CEJA,
   Defendant.

**APPEARANCE**

Case Number: 08CR0055-WQH

To the Clerk of this court and all parties of record:

 Enter my appearance as counsel in this case for

  OCTAVIO MEDINA-CEJA
  I am replacing AMBER BAYLOR on this case.

 I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/5/2008 | /s/ JOSEPH McMULLEN |
| Date | Signature |
| | Joseph McMullen / Federal Defenders of SD   246757 |
| | Print Name            Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City    State    Zip Code |
| | (619) 234-8467    (619) 687-2666 |
| | Phone Number       Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: February 5, 2008                                      /s/ Joseph McMullen
                                                             JOSEPH McMULLEN
                                                             Federal Defenders of San Diego, Inc.
                                                             225 Broadway, Suite 900
                                                             San Diego, CA 92101-5030
                                                             (619) 234-8467 (tel)
                                                             (619) 687-2666 (fax)
                                                             e-mail: Joseph_McMullen@fd.org