

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )  Criminal Case No. __08CR0055WQH__
11                                   )
                 Plaintiff,          )  I N F O R M A T I O N
12       v.                          )       (Superseding)
                                     )
13  OCTAVIO MEDINA-CEJA,             )  Title 8, U.S.C., Sec. 1325 -
                                     )  Illegal Entry (Felony)
14               Defendant.          )
                                     )
15  _____)

16       The United States Attorney charges:

17       On or about December 9, 2007, within the Southern District of
18  California, defendant OCTAVIO MEDINA-CEJA being an alien, unlawfully
19  entered or attempted to enter the United States at a time and place
20  other than as designated by immigration officers, and eluded
21  examination and inspection by immigration officers, and attempted to
22  enter or obtained entry to the United States by a willfully false or
23  misleading representation or the willful concealment of a material
24  fact; and previously committed the misdemeanor offense of illegal
25  entry, as evidenced by his conviction for violation of Title 8, United
26  States Code, Section 1325, Criminal Case No. 95CR1567GT, on
27  September 25, 1995, in the United States District Court for the
28

CJB:kmm:San Diego
2/15/08

1  Southern District of California; all in violation of Title 8, United
2  States Code, Section 1325, a felony.
3      DATED: __2/17/08__.
4
5                            KAREN P. HEWITT
                          United States Attorney
6
7                  for CARLA J. BRESSLER
                    Assistant U.S. Attorney

2